FILED

09 SEP -1 PM 1:21

CLERK, US DISTRICT COURT
N. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV 09 80 232 MISC**

Nancy Northup Lehrkind - #80303

_____/

VRW

### ORDER TO SHOW CAUSE

It appearing that Nancy Northup Lehrkind has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Nancy Northup Lehrkind
Attorney at Law
2 Hampton Road
Piedmont, CA 94611